then suspended the execution of that sentence and placed Campbell on five years of supervised probation with sixty days of "shock incarceration." On appeal, Campbell argues that the trial court erred in denying his motion to suppress and overruling his objections at trial because the officer who pulled him over did not have sufficient reasonable suspicion for the stop. We affirm. Rule 30.25(b). A memorandum explaining our decision has been provided to the parties.

Commission, which affirmed the decision of the Appeals Tribunal denying Mr. Trodman's application for unemployment benefits. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).

■

Willis TRODMAN, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 75821.

Missouri Court of Appeals, Western District.

Nov. 12, 2013.

■

STATE of Missouri, Respondent,

v.

Matthew David COOK, Appellant.

No. WD 76029.

Missouri Court of Appeals, Western District.

Nov. 12, 2013.

Willis Leon Trodman, Leavenworth, KS, Appellant, pro se.

Christine Lesicko, Jefferson City, MO, Attorney for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

### Order

PER CURIAM:

Willis Trodman appeals from a decision by the Labor and Industrial Relations

Margaret Johnston, Columbia, MO, for Appellant.

Jeff Mittelhauser, Sedalia, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., ALOK AHUJA, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Matthew David Cook appeals the circuit court's judgment convicting him of the